# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157088

*In re* CLEMONS, Minors.

SC: 157088
COA: 338177
Genesee CC Family Division:
16-133700-NA

_____/

      On order of the Court, the application for leave to appeal the December 28, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2018

Clerk

s0213